# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re Wayne T. Lewis, ) | |
| ) | Case No. 14-28819-GMH |
| ) | Chapter 13 |
| Debtor. ) | |
| ) | |
| ) | |

## NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN

Wayne T. Lewis ("Debtor") through his counsel, Michael J. Maloney and the Watton Law Group, has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing, which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

Clerk of Bankruptcy Court
517 East Wisconsin Avenue
Room 126
Milwaukee, WI 53202-4581

Michael J. Maloney, Esq.
Watton Law Group
700 North Water Street, Suite 500
Milwaukee, WI 53202
Telephone (414) 273-6858
Facsimile (414) 273-6894

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

>Michael J. Maloney, Esq.
>Watton Law Group
>700 North Water Street, Suite 500
>Milwaukee, WI  53202

If you or your attorney do not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

### REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is the Debtor;

2. This is a request to modify a Chapter 13 Plan (Select A. or B.)

    A. ☒  post-confirmation;

    B. ☐  pre-confirmation (Select i. or ii.);

        i.    ☐ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (Local Bankruptcy Rule 3015(b)); or

        ii.    ☐ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)).  The creditors affected are:

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: to provide for debtor's 2015 tax refunds, and to increase the payment amount

2

Case 14-28819-gmh    Doc 36    Filed 04/19/16    Page 2 of 4

4. The reason(s) for the modification is/are: to comply with the tax refund requirement of the Chapter 13 Plan

5. Select A. or B.

   A. ☒ The Chapter 13 Plan confirmed or last modified on <u>March 27, 2015</u> is modified as follows:

   <u>Payments to the Trustee</u>: The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of <u>$8,553.00</u> through <u>April 14, 2016</u> and <u>$385.67</u> per month for the remaining <u>21</u> months.

   Estimated Total of plan payments: <u>$16,652.07</u>

   <u>Plan Length</u>: This plan is estimated to be for <u>42</u> months.

   General Unsecured non-priority claims shall be paid not less than <u>1%</u> of their respective total claims plus $1,850.00 representing one-half of the debtor's 2015 tax refunds paid pro rata, with no interest.

   B. ☐ The unconfirmed Chapter 13 Plan dated _____ is modified as follows:

   All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

Complete one of the certifications below:

1. I, Timothy H. Hassell, attorney for the debtor Wayne T. Lewis, certify that I have reviewed the modification proposed above with the debtor, and that the debtor has authorized me to file it with the court.

   /s/Timothy H. Hassell                               April 15, 2016
   Counsel for the Debtor                             Date

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Date: April 15, 2016                  /s/ Timothy H. Hassell, for
                                          Michael J. Watton, Esq.
                                          Watton Law Group
                                          700 North Water Street, Suite 500
                                          Milwaukee, Wisconsin 53202

                                          Attorney for Debtor